■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS G. STRASSNER, Appellant.—Judgment unanimously reversed on the law, defendant's motion granted, and defendant remanded to Livingston County Court for further proceedings on the indictment. Same memorandum as in *People v Strassner* (142 AD2d 954 [decided herewith]). (Appeal from judgment of Livingston County Court, Cicoria, J.—rape, first degree.) Present—Dillon, P. J., Doerr, Green, Pine and Davis, JJ.